UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civ. No. 00-595 JMR/SRN

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, Plaintiff, v. SCOTT FERROZZO, Defendant. | ) | ORDER |

This matter comes before the Court following issuance of a bench warrant for defendant's failure to appear at a court ordered debtor's examination. Defendant has filed for Chapter 7 Bankruptcy suspending collection action on the debt until the Bankruptcy is discharged, and, accordingly,

IT IS HEREBY ORDERED that the bench warrant be discharged.

Ordered this 3rd day of April, 2001.

UNITED STATES MAGISTRATE JUDGE

APR - 3 2001
FILED
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD
DEPUTY CLERK